# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MUTUAL FIRST, LLC,**

      **Plaintiff,**

**v.**                                          **Case No: 6:14-cv-1392-Orl-31DAB**

**JENENE MARIE ZERRIP,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 13) filed by the Defendant and the response (Doc. 16) filed by the Plaintiff. In the response, the Plaintiff agrees that a more definite statement is warranted. Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 13) is **GRANTED**, and the Plaintiff's Fourth Amended Complaint[1] (Doc. 11) is **DISMISSED WITHOUT PREJUDICE**. The Plaintiff may file an amended complaint on or before December 29, 2014.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2014.

                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Although the Plaintiff has filed a number of amended pleadings, no other pleadings have been dismissed in this case.